IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** | § |
| | § |
| Plaintiff, | §   Case No: 0:21-cv-02458-SRN-DTS |
| | § |
| vs. | §   PATENT CASE |
| | § |
| **ARKRAY USA, INC.,** | § |
| | § |
| Defendant. | § |
| | § |

**PLAINTIFF'S ANSWERS AND DEFENSES TO
DEFENDANT'S COUNTERCLAIMS**

Now comes Plaintiff, Display Technologies, LLC ("Plaintiff," "Counterclaim Defendant," or "Display"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12, without admission of the legal sufficiency thereof and responding only to the factual allegations therein, and states as follows for its Answer and Defenses to Defendant and Counter Plaintiff ARKRAY USA, Inc.'s ("Defendant," "Counterclaim Plaintiff," or "ARKRAY") Counterclaims [Doc. 6] (hereafter the "Counterclaims") as follows:

**PARTIES**

1.   Display has insufficient knowledge of the allegations contained in paragraph 1 and therefore denies same.

2.   Admitted.

**JURISDICTION**

3.   Display incorporates by reference each of its answers in paragraphs 1-2 above.

4.   Display admits that jurisdiction is proper.

5.   Admitted.

6.   Display admits that venue is proper. Display denies any remaining allegations in

paragraph 6.

## COUNT I

7. Display incorporates by reference each of its answers in paragraphs 1-6 above.

8. Display admits that an actual controversy exists concerning infringement of the '723 Patent. Display denies any remaining allegations contained in paragraph 8.

9. Denied.

10. Denied.

11. Display admits that ARKRAY seeks a declaratory judgment. Display denies any remaining allegations contained in paragraph 11.

## COUNT II

12. Display incorporates by reference each of its answers in paragraphs 1-11 above.

13. Display admits that an actual controversy exists regarding validity of the '723 Patent.  Display denies any remaining allegations contained in paragraph 13.

14. Denied.

15. Denied.

16. Display admits that ARKRAY seeks a declaratory judgment. Display denies any remaining allegations contained in paragraph 16.

## PRAYER FOR RELIEF

To the extent a response is required, Display denies that ARKRAY is entitled to any of the relief requested.

Dated: January 17, 2022.                    Respectfully submitted,

                                        */s/ Eric J. Strobel*
                                        Eric J. Strobel, Director
                                        Strobel Consulting Services, LLC
                                        608 E. 38th Street
                                        Sioux Falls, SD 57105
                                        651.338.7044
                                        eric@strobelconsulting.net

                                        **ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

     The undersigned hereby certifies that the foregoing document was filed electronically on January 17, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

                                        */s/ Eric J. Strobel*
                                        Eric J. Strobel, Director