UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**ARKRAY USA, INC,**<br><br>    Defendant. | Civil Action No. 0:21-cv-02458<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR CONTINUANCE OF INITIAL PRETRIAL CONFERENCE

On December 28, 2021, this Court set an initial pretrial conference for February 22, 2022 and ordered the parties to prepare and file a joint Rule 26(f) Report no later than February 15, 2022. Dkt. No. 12.

The parties have reached an agreement in principal to dismiss the lawsuit and are finalizing the language of the final agreement. Accordingly, counsel for Display Technologies, LLC and ARKRAY USA, Inc. jointly request a continuance of the initial pretrial conference and the Rule 26(f) Report.

1

Dated: February 14, 2022

**STROBEL CONSULTING SERVICES**

By: */s/ Eric J. Strobel*
Eric J. Strobel (MN Bar No. 222434)
608 E. 38th Street
Sioux Falls, SD 57105
(651) 338-7044 – Telephone
eric@strobelconsulting.net

**COUNSEL FOR PLAINTIFF DISPLAY TECHNOLOGIES, LLC**

**FISH & RICHARDSON P.C.**

By: */s/ Phillip W. Goter*
Phillip W. Goter (MN Bar No. 0392209)
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
(612) 335-5070 – Telephone
(612) 288-9696 – Facsimile
goter@fr.com

Neil J. McNabnay
Ricardo J. Bonilla
Aaron P. Pirouznia
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
rbonilla@fr.com
pirouznia@fr.com

**COUNSEL FOR DEFENDANT ARKRAY USA, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 14, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Phillip W. Goter*
Phillip W. Goter