IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC,** § § | |
| Plaintiff, § § | Case No: 0:21-cv-02458-SRN-DTS |
| vs. § § | PATENT CASE |
| **ARKRAY USA, INC.,** § § | |
| Defendant. § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Display Technologies, LLC and ARKRAY USA, Inc. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

|  |  |
|---|---|
| Dated: March 9, 2022. | Respectfully submitted, |

*Eric J. Strobel*
Eric J. Strobel (MN Bar No. 222434)
608 E. 38th Street
Sioux Falls, SD 57105
651.338.7044
eric@strobelconsulting.net

**ATTORNEYS FOR PLAINTIFF**

**FISH & RICHARDSON P.C.**

By: *Phillip W. Goter*          .
Phillip W. Goter (MN Bar No. 0392209)
60 South 6th Street, Suite 3200
Minneapolis, MN 55402
(612) 335-5070 – Telephone
(612) 288-9696 – Facsimile
goter@fr.com

Neil J. McNabnay
Ricardo J. Bonilla
Aaron P. Pirouznia
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
rbonilla@fr.com
pirouznia@fr.com

**COUNSEL FOR DEFENDANT**

### CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically on March 9, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*Eric J. Strobel*
Eric J. Strobel
