UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Display Technologies LLC, | Case No. 21-CV-2458 (SRN/DTS) |
| Plaintiff, | |
| v. | **ORDER** |
| Arkray USA, Inc., | |
| Defendant. | |

---

Eric J. Strobel, Strobel Consulting Services, LLC, 608 E. 38th Street, Sioux Falls, SD 57105, for Plaintiff.

Aaron P. Pirouznia, Neil Joseph McNabnay, and Ricardo Joel Bonilla, Fish & Richardson PC, 1717 Main Street, Suite 5000, Dallas, TX 75201 and Phillip W. Goter, Fish & Richardson PC, 60 South Sixth Street, Suite 3200, Minneapolis, MN 55402, for Defendant.

---

This matter is before the Court upon the Stipulation of Dismissal filed by the parties [Doc. No.18].   Based on the Stipulation,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff in this action are dismissed with prejudice and all claims asserted by Defendant in this action are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees with respect to matters dismissed.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:   March 16, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge