# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Display Technologies, LLC, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-2458 SRN/DTS |
| Arkray USA, Inc., | |
| Defendants. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

all claims asserted by Plaintiff in this action are dismissed with prejudice and all claims asserted by Defendant in this action are dismissed without prejudice. Each party shall bear its own costs and attorneys' fees with respect to matters dismissed.

Date: 3/18/2022                                                                          KATE M. FOGARTY, CLERK